# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

ANTHONY GLUESING-SIMPSON,        Criminal No. 20-cr-26 SRN/DTS

              Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee: ANTHONY GLUESING-SIMPSON
Detained at (custodian): RAMSEY COUNTY CORRECTIONAL FACILITY

The government is requesting the **investigating agency** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Indictment
                           Charging Detainee With: Felon in Possession
       or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
       or   b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on February 7, 2020 at 2:00 p.m. in the courtroom of Katherine M. Menendez.

Dated: February 6, 2020

                                                         JOSEPH S. TEIRAB, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 6, 2020
Date                                                      UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1989 |
| Facility Address: | 297 South Century Avenue | Race: | |
| | Maplewood, MN 55119 | FBI #: | |
| Facility Phone: | 651-266-1400 | | |
| Currently Incarcerated For: | 3rd Degree Possession | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                             (Signature)

SCANNED
FEB 06 2020
U.S. DISTRICT COURT MPLS

Writ issued 2/6/2020