UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-26 SRN/DTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY IRVING GLUESING SIMPSON,

    Defendant.

**INFORMATION**
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Felon in Possession of Firearm)

On or about December 17, 2019, in the State and District of Minnesota, the defendant,

**ANTHONY IRVING GLUESING SIMPSON,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Crime | Jurisdiction | Date of Conviction (on or about) |
|---|---|---|
| Robbery: Second Degree/Force/ADW not Firearm | Long Beach County, CA | September 25, 2009 |
| Burglary - 2nd Degree | Orange County, CA | November 16, 2012 |
| Aggravated Robbery- 1st Degree | Ramsey County, MN | December 4, 2015 |

and knowing he had been convicted of at least one crime punishable by

1

imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a .45ACP-caliber, MasterPiece Arms, MAC-10 semi-automatic handgun, bearing serial number A6319, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, including but not limited to a 45ACP-caliber, MasterPiece Arms, MAC-10 semi-automatic handgun, bearing serial number A6319, and a .45ACP-caliber, Sig Sauer, P220 semi-automatic handgun, bearing serial number G203044, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Dated: May 11, 2020

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

/s/ *Joseph S. Teirab*
BY: JOSEPH S. TEIRAB
Assistant U.S. Attorney
Attorney ID No. 0393439